UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIJOY SHROFF                    ,

Plaintiff(s),

v.

ABBOTT DIABETES CARE        ,

Defendant(s).

Case No. 3:26-cv-00351-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, /s/Amanda Brooke Murphy, an active member in good standing of the bar of

Oklahoma                        , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiff                        in the

above-entitled action. My local co-counsel in this case is (Eddie) Jae K. Kim            , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 236805              .

4116 Will Rogers Pkwy, Ste. 700, Oklahoma
City, OK 73108
MY ADDRESS OF RECORD

117 E. Colorado Blvd, Ste. 600, Pasadena, CA
91105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(405) 389-4989
MY TELEPHONE # OF RECORD

(213) 723-0707
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

abm@murphylegalfirm.com
MY EMAIL ADDRESS OF RECORD

ekim@lcllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 30187            .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/14/2026 _____                          /s/Amanda Brooke Murphy _____
                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Amanda Brooke  Murphy    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 27, 2026 _____

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2