UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bijoy Shroff                              ,

Plaintiff(s),

v.

Abbott Diabetes Care, Inc., et      ,

Defendant(s).

Case No. 3:26-cv-00351-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kelly K. Iverson          , an active member in good standing of the bar of Pennsylvania                    , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff                    in the above-entitled action. My local co-counsel in this case is Jae (Eddie) K. Kim          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 236805          .

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
MY ADDRESS OF RECORD

117 E Colorado Blvd, Ste 600
Pasadena, CA 91105-3712
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(412) 322-9243
MY TELEPHONE # OF RECORD

(213) 723-0707
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kelly@lcllp.com
MY EMAIL ADDRESS OF RECORD

ekim@lcllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 307175          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero          times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/28/2026 _____          /s/  Kelly K. Iverson _____
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kelly K. Iverson_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 28, 2026 _____

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                         2