UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIJOY SHROFF,

          Plaintiff,

    v.

ABBOTT DIABETES CARE INC., et al.,

          Defendants.

Case No.  26-cv-00351-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr., for consideration of whether the case is related to *Taylor et al. v. Abbott Diabetes Care Inc.*, Case No. 4:26-cv-00003-HSG.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California